# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NAMRATA C. PATEL, | Case No. 12-cv-04719 RS (NC) |
| Plaintiff, | **ORDER TO MEET AND CONFER** |
| v. | Re: Dkt. No. 29 |
| AMERICAN ECONOMY INSURANCE COMPANY, and others, | |
| Defendants. | |

Judge Seeborg referred all discovery matters in this case to a magistrate judge. Dkt. No. 24. Defendant American Economy Insurance Company filed a letter brief outlining a discovery dispute over interrogatories it served on plaintiff Namrata Patel. Dkt. No. 23. American Economy states that the parties have not yet met and conferred. *Id.* at 1.

Civil Local Rule 37-1(a) mandates a conference between counsel before presenting the Court with a discovery dispute: "The Court will not entertain a request or a motion to resolve a disclosure or discovery dispute unless, pursuant to Fed. R. Civ. P. 37, counsel have previously conferred for the purpose of attempting to resolve all disputed issues." My Civil Standing Order further explains that the "conference" must be in person, or if counsel are outside the San Francisco Bay Area, must at least be by telephone. An exchange of letters, emails, or telephone messages does not satisfy this requirement. *See* Mag. Judge N. Cousins, Civil Standing Order, updated Aug. 24, 2012.

Although American Economy has expressed some frustration with the apparent lack of responsiveness of plaintiff's counsel regarding this discovery dispute, it must still comply with the Local Rules.  The parties are ordered to meet and confer.  If after meeting and conferring they cannot resolve their dispute, then they may file a joint letter brief, in accordance with my standing order, by May 8, 2013.  Any letter brief filed will be heard on May 15, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: May 1, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge