PAMELA E. COGAN (SBN 105089)
TINO XUAN DO (SBN 221346)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:  pcogan@rmkb.com
        tdo@rmkb.com

Attorneys for Defendants
AMERICAN ECONOMY INSURANCE
COMPANY, GOLDEN EAGLE INSURANCE
CORPORATION and SAFECO INSURANCE
COMPANY OF AMERICA


MARCUS DANIEL MERCHASIN (SBN 55927)
582 Market Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 678-2700
Facsimile:  (415) 520-0426
Email:  marcusmerchasin@att.net

STEVEN FRANKLYN HELFAND (SBN 206667)
582 Market Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 397-0007
Facsimile:  (415) 520-0009
Email:  steven@stevenhelfand.com

Attorneys for Plaintiff
NAMRATA C. PATEL, DDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMRATA C. PATEL, DDS, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ECONOMY INSURANCE COMPANY; GOLDEN EAGLE INSURANCE CORPORATION; SAFECO INSURANCE COMPANY OF AMERICA and DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | CASE NO. C12-04719 WHO <br><br> **STIPULATION AND ORDER EXTENDING TIME TO COMPLETE DEPOSITIONS NOTICED PRIOR TO THE CURRENT NON-EXPERT DISCOVERY CUT-OFF DATE AND TO AMEND CASE MANAGEMENT ORDER AS TO DATES FOR EXPERT DISCLOSURES** <br><br> Honorable William H. Orrick |

This Stipulation is hereby entered into between Plaintiff NAMRATA C. PATEL, DDS (hereafter "Plaintiff") and Defendants AMERICAN ECONOMY INSURANCE COMPANY, GOLDEN EAGLE INSURANCE CORPORATION and SAFECO INSURANCE COMPANY OF AMERICA (hereafter collectively "Defendants") (Plaintiff and Defendants are collectively referred to herein as "the Parties").

The Parties stipulate by and through their respective counsel of record as follows:

1. Per the Case Management Scheduling Order issued by Judge Seeborg on December 13, 2012, the deadline to complete non-expert discovery was July 19, 2013. The Parties have been diligently conducting discovery including by way of a site inspection and testing, oral depositions and written discovery, but due to the witness and schedules of both counsel and the trial schedule of plaintiff's counsel, there remain depositions to complete that were initially noticed prior to the close of non-expert discovery.

2. Counsel for Plaintiff is presently in trial in the matter of *Kole, Inc. v. Hitek Automotive, Inc*. (Case No. 1 12 CV 228674) pending before the Honorable Kenneth P. Barnum in the Superior Court of the State of California for the County of Santa Clara. The case was originally set for July 10, 2013 and then continued by the court to July 22, 2013. Plaintiffs' counsel reasonably anticipated the trial shall be completed by August 15, 2013.

3. Counsel for Defendants will be out of state for pre-planned, pre-paid vacation from August 12 through August 16, 2013 and August 23 through September 3, 2013. Additionally, the corporate designee for the Rule 30(b)(6) depositions Plaintiff noticed will be out on medical leave following surgery from August 9, 2013 until September 2013.

4. To allow time to complete the outstanding depositions and any discovery motions related to discovery already served in light of the above scheduling conflicts, the Parties agree to extend the non-expert discovery cut-off up to and including September 20, 2013.

5. As the outstanding discovery is reasonably anticipated to effect the Parties' respective expert designations and their opinions, the Parties further agree to extend the deadline to make initial expert designations and disclosures in accordance with Fed. R. Civ. P., Rule 26(a)(2) up to and including October 4, 2013 and further agree to extend the deadline to designate supplemental

and rebuttal experts in accordance with Fed. R. Civ. P., Rule 26(a)(2) up to and including October 18, 2013.

6. No other dates set by the Case Management Scheduling Order and adopted by Judge Orrick' orders will be affected by the continuance of the dates agreed to in this stipulation.

Dated: July 29, 2013                    ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Pamela E. Cogan.*
    PAMELA E. COGAN
    TINO X. DO
    Attorneys for Defendants
    AMERICAN ECONOMY INSURANCE COMPANY, GOLDEN EAGLE INSURANCE CORPORATION and SAFECO INSURANCE COMPANY OF AMERICA

Dated: July 29, 2013                    MARCUS DANIEL MERCHASIN


By: */s/ Marcus D. Merchasin*
    MARCUS DANIEL MERCHASIN
    Attorney for Plaintiff
    NAMRATA C. PATEL, DDS

Dated: July 29, 2013                    STEVEN FRANKLYN HELFAND


By: */s/ Steven F. Helfand*
    STEVEN FRANKLYN HELFAND
    Attorney for Plaintiff
    NAMRATA C. PATEL, DDS

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that:

1. The non-expert discovery cut-off date is extended to September 30, 2013, but only to complete depositions or file discovery motions for discovery served prior to July 19, 2013.

2. The date for initial expert disclosures pursuant to Federal Rules of Civil Procedure 26(a)(2) is continued to October 4, 2013.

3. The date for supplemental and rebuttal expert disclosures pursuant to Federal Rules of Civil Procedure 26(a)(2) is continued to October 18, 2013.

1     4.    All other dates set by the December 13, 2012 Case Management Scheduling Order remain unchanged.  The Case Management Conference set for August 8, 2013 remains on calendar.  The parties shall file a Joint Case Management Statement by August 1, 2013.

**IT IS SO ORDERED.**

DATED: July 30, 2013



HON. WILLIAM H. ORRICK, III
UNITED STATES DISTRICT JUDGE