UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMRATA C. PATEL, DDS,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 12-cv-04719-WHO<br><br>**ORDER ON CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 66 |

On June 25, 2014, plaintiff Namrata C. Patel, DDS, requested an emergency case management conference to discuss the scope of my May 8, 2014 Order granting partial summary judgment. Dkt Nos. 62, 66. Patel's counsel stated that Patel was uncertain whether the Order dismissed her claim that she was "misled by Defendant into remaining in the building and not filing or presenting a business income claim within the parameters of the insurance contract." Dkt. No. 66. It did.

As an initial matter, no allegation in the complaint fairly raises this issue. Moreover, the record does not contain, and Patel's opposition to the motion for summary judgment does not cite, any facts supporting her contention that she was "misled into remaining in the building" or that defendant knew the building would eventually shut down years after Patel made her insurance claims. *See* Dkt. No. 53. Not to put too fine a point on this, if there was such a claim, whether Patel was misled by her insurance company would fall under Patel's Second Cause of Action for breach of the implied covenant of good faith and fair dealing. *See* Dkt. No. 1. The May 8, 2014 Order dismissed the Second Cause of Action as a matter of law because there was no evidence in the record to support Patel's contention that the defendant acted in bad faith. Dkt. No. 62 at 11-12.

The May 8, 2014 Order dismissed the claim about which Patel had uncertaintly.

**IT IS SO ORDERED**.

Dated: June 30, 2014

_____
WILLIAM H. ORRICK
United States District Judge