Marcus Daniel Merchasin, SBN 55927
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, California 94104

Telephone Number: 1.415.678.2700
Facsimile Number:  1.415.520.0426
E-Mail Address: marcusmerchasin@att.net

Steven F. Helfand, SBN 206667
HELFAND LAW OFFICES
582 Market Street, Suite 1400
San Francisco, California 94104

Telephone Number: 1.415.397.0007
Facsimile Number:  1.415.397.0009
Email: steven@stevenhelfand.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMRATA C. PATEL, DDS, <br><br> *Plaintiffs,* <br><br> v. <br><br> AMERICAN ECONOMY INSURANCE, ETC., ET AL., <br><br> *Defendants.* | CASE NUMBER: C 12-4719 WHO <br><br> **PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE** <br><br> *Fed. Rule Civ. Proc. 41(a)(2)* |

*To the Clerk of the Court, All Interested Parties and Their Respective Attorneys of Record:*

    Plaintiff hereby requests that this action be dismissed in its entirety with prejudice. Rule 41(a)(2) of the Federal Rules of Civil Procedure provides, in part: *"[A]n action shall not be dismissed at Plaintiff's instance save upon order of the Court and upon such terms and conditions as the court deems proper[…]. Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice."* Here, Plaintiff is requesting dismissal **WITH** prejudice.

    *"When the court grants a motion to dismiss certain claims (e.g. for failure to state a claim,) plaintiff may ask the court to dismiss the remaining claims without prejudice in order to obtain ap-*

*pellate review."* (Court approval is required; See FRCP 41(a)(2), discussed at § 16:343 ff.) Provided this is not an attempt to *"manipulate"* appellate jurisdiction, the judgment entered after the district court grants the motion to dismiss may be treated as a final judgment [See *James v. Price Stern Sloan, Inc.* (9th Cir. 2002) 283 F3rd 1064, 1070" [Rutter citation, § 16:407]

    Here, in light of this Court's May 8, 2014 Order concerning partial summary judgment further clarified to Plaintiff on June 30, 2014, Plaintiff believes that judicial economy is best served by way of dismissal of all remaining claims with prejudice.

                                                      Respectfully submitted,

Dated:                                     /s/ Marcus Daniel Merchasin
                                          Marcus Daniel Merchasin
                                          Attorney for Plaintiff

Dated:                                     /s/ Steven F. Helfand
                                          Steven F. Helfand
                                          Attorney for Plaintiff

IT IS SO ORDERED: Plaintiff's case is dismissed with prejudice.

Dated: July 1, 2014

                                          Honorable William H. Orrick